## **EXHIBIT A**

| Case Number | Debtor(s) | Chapter | Filed | | |
|---|---|---|---|---|---|
| 16-23231-CMB | Robert J. Jackovitz and Jennifer A. Jackovitz | 13 | 08/31/16 | N / A | N / A |
| 16-24209-CMB | Karen S. Kowach | 13 | 11/11/16 | N / A | N / A |
| 16-24536-CMB | Gary D. Brenner, Jr. | 13 | 12/06/16 | N / A | N / A |
| 17-10084-TPA | Jeffrey G. Langdon and Kelley J. Langdon | 13 | 01/31/17 | N / A | N / A |
| 17-10128-TPA | Kate E. Kalista | 13 | 02/10/17 | N / A | N / A |
| 17-10373-TPA | Gregory M. Cassano | 13 | 04/13/17 | N / A | N / A |
| 17-10437-TPA | Gregory M. Greenleaf | 13 | 04/28/17 | N / A | N / A |
| 17-10724-TPA | William W. Hunter and Sandra L. Hunter | 13 | 07/12/17 | N / A | N / A |
| 17-10807-TPA | Angela M. Howell | 13 | 08/03/17 | N / A | N / A |
| 17-10884-TPA | John E. Edgell and DanaL. Edgell | 13 | 08/23/17 | N / A | N / A |
| 17-10912-TPA | Michael E. Cassano and Joan E. Fleming | 13 | 08/30/17 | N / A | N / A |
| 17-11194-TPA | Melissa M. Burk | 13 | 11/09/17 | N / A | N / A |

| Case | Debtor | Chapter | Filed | | |
|---|---|---|---|---|---|
| 17-11197-TPA | Kathleen M. Hendricks | 13 | 11/10/17 | N / A | N / A |
| 17-20203-GLT | Angela M. Brown | 13 | 01/20/17 | N / A | N / A |
| 17-20729-GLT | Larry J. Beatty and Laura A. Beatty | 13 | 02/28/17 | N / A | N / A |
| 17-21170-CMB | Ryan N. Kieffer andJanice R. Potts-Kieffer | 13 | 03/27/17 | N / A | N / A |
| 17-21684-CMB | Samuel Haidle and Marcia A. Haidle | 13 | 04/24/17 | N / A | N / A |
| 17-21955-GLT | Frank C. Koger | 13 | 05/09/17 | N / A | N / A |
| 17-22043-GLT | Maribeth Hamel | 13 | 05/15/17 | N / A | N / A |
| 17-22100-GLT | Terri L. Ayers | 13 | 05/18/17 | N / A | N / A |
| 17-22230-CMB | Raymond W Kuhns | 13 | 05/30/17 | N / A | N / A |
| 17-23069-JAD | Jerry L. Boarts | 13 | 07/31/17 | N / A | N / A |
| 17-23074-CMB | Bernard M. Bollman and Stacey L. Bollman | 13 | 07/31/17 | N / A | N / A |
| 17-23676-CMB | Brian Aiello and Christine Aiello | 13 | 09/13/17 | N / A | N / A |
| 17-23873-CMB | James Cardellini and | 13 | 09/28/17 | N / A | N / A |

| | Kathleen Cardellini | | | | |
|---|---|---|---|---|---|
| 17-24179-CMB | Dean S. Dobransky | 13 | 10/19/17 | N / A | N / A |
| 17-24664-CMB | Kimberly M. Collins | 13 | 11/17/17 | N / A | N / A |
| 17-24805-GLT | Susan B. Forman | 13 | 11/30/17 | N / A | N / A |
| 17-25030-TPA | Corey R. Bowersox | 13 | 12/15/17 | N / A | N / A |
| 17-25055-GLT | Jeremy H. Dawson and Brianna N. Dawson | 13 | 12/20/17 | N / A | N / A |
| 17-25056-TPA | William B. Kelly and Danielle Kelly | 13 | 12/20/17 | N / A | N / A |
| 18-10117-TPA | Todd A. Lauffenburger and Mary E. Lauffenburger | 13 | 02/12/18 | N / A | N / A |
| 18-10127-TPA | David A. Fox | 13 | 02/15/18 | N / A | N / A |
| 18-10136-TPA | Mark A. Burnsworth and Linnea M.Burnsworth | 13 | 02/19/18 | N / A | N / A |
| 18-10181-TPA | Michael Cayer and Tammilyn L. Cayer | 13 | 03/02/18 | N / A | N / A |
| 18-10248-TPA | Michael J. Hlad and Paula R. Hlad | 13 | 03/21/18 | N / A | N / A |

| Case | Name | Chapter | Date Filed | | |
|---|---|---|---|---|---|
| 18-10647-TPA | Tracy M. Little | 13 | 06/27/18 | N / A | N / A |
| 18-10873-TPA | Julianne Dombrowski | 13 | 08/28/18 | N / A | N / A |
| 18-10888-TPA | Robin C. Cail | 13 | 08/31/18 | N / A | N / A |
| 18-11056-TPA | Matthew G. Bradley and Kelly S. Bradley | 13 | 10/12/18 | N / A | N / A |
| 18-11180-TPA | Michael D. Anderson | 13 | 11/13/18 | N / A | N / A |
| 18-11184-TPA | Michael G. Dunbar | 13 | 11/15/18 | N / A | N / A |
| 18-11196-TPA | Paula K. Dulaney | 13 | 11/19/18 | N / A | N / A |
| 18-11200-TPA | Curtis J. Dietlin and Lorraine L. Dietlin | 13 | 11/20/18 | N / A | N / A |
| 18-11213-TPA | Tyler Guerra and Sara Guerra | 13 | 11/26/18 | N / A | N / A |
| 18-11241-TPA | Keith D. Akam and Leah Akam | 13 | 11/30/18 | N / A | N / A |
| 18-11312-TPA | Deborah K. Lewis | 13 | 12/28/18 | N / A | N / A |
| 18-11313-TPA | Virginia D. Hetrick | 13 | 12/28/18 | N / A | N / A |
| 18-11324-TPA | Sandra L. Braden | 13 | 12/31/18 | N / A | N / A |
| 18-20082-JAD | Kimberly D. Jacob | 13 | 01/09/18 | N / A | N / A |

| Case | Debtor | Chapter | Filed | | |
|---|---|---|---|---|---|
| 18-20603-CMB | Daniel P. Burns and Sharmaine Burns | 13 | 02/19/18 | N / A | N / A |
| 18-20751-GLT | David A. Blasioli and Dani M. Blasioli | 13 | 02/28/18 | N / A | N / A |
| 18-21222-JAD | Joseph Kubicek | 13 | 03/29/18 | N / A | N / A |
| 18-21901-CMB | Jesi R. Logan | 13 | 05/09/18 | N / A | N / A |
| 18-22110-JAD | Samuel Jacobs and Gina N. Coffen | 13 | 05/24/18 | N / A | N / A |
| 18-22252-GLT | Scott T. Lang and Danielle M. Lang | 13 | 06/01/18 | N / A | N / A |
| 18-23033-CMB | Christopher P. Freed and Mary Ann Freed | 13 | 07/30/18 | N / A | N / A |
| 18-23058-CMB | David A. Gotaskie and Gloria E. Gotaskie | 13 | 07/31/18 | N / A | N / A |
| 18-23280-JAD | Kathleen M. Loos | 13 | 08/17/18 | N / A | N / A |
| 18-23425-CMB | Marc D. Kinander and Kristen H. Kinander | 13 | 08/30/18 | N / A | N / A |
| 18-24084-CMB | Kirk E. Gilarski and Kimberly A. Gilarski | 13 | 10/18/18 | N / A | N / A |

| Case | Debtor(s) | Chapter | Filed | | |
|---|---|---|---|---|---|
| 18-24651-GLT | Shana L. Crouch and Ronald W Crouch | 13 | 11/30/18 | N / A | N / A |
| 18-24931-JAD | William P. Boyle and Dolores Boyle | 13 | 12/28/18 | N / A | N / A |
| 18-70835-JAD | Michael N. Dugan and Dolores J. Dugan | 13 | 11/30/18 | N / A | N / A |
| 19-10007-TPA | John Andrusky | 13 | 01/04/19 | N / A | N / A |
| 19-10067-TPA | John J. Baker and Pamela A. Baker | 13 | 01/28/19 | N / A | N / A |
| 19-10344-TPA | Linda L. Gormley | 13 | 04/05/19 | N / A | N / A |
| 19-10433-TPA | Mary J. Harter | 13 | 04/29/19 | N / A | N / A |
| 19-10559-TPA | Dorothy A. Drake | 13 | 05/30/19 | N / A | N / A |
| 19-10563-TPA | Kevin L. Hites and Judith L. Hites | 13 | 05/31/19 | N / A | N / A |
| 19-10574-TPA | Rachel B. Burton | 13 | 06/05/19 | N / A | N / A |
| 19-10614-TPA | Gerard M. Libra, Sr. and Donna L. Libra | 13 | 06/18/19 | N / A | N / A |
| 19-10625-TPA | Samuel L. Burns and Peggy A. Burns | 13 | 06/19/19 | N / A | N / A |

| Case | Name | Chapter | Date Filed | | |
|---|---|---|---|---|---|
| 19-10629-TPA | Thomas J. Cinquanta | 13 | 06/20/19 | N / A | N / A |
| 19-10776-TPA | Benjamin E. Knight | 13 | 07/31/19 | N / A | N / A |
| 19-10866-TPA | Matthew D. Chiaramonte and Kyle T. Brewer | 13 | 08/28/19 | N / A | N / A |
| 19-11145-TPA | Chivonne F. Bush | 13 | 11/18/19 | N / A | N / A |
| 19-11156-TPA | John R. Graves, Jr. and Roberta E. Graves | 13 | 11/20/19 | N / A | N / A |
| 19-11182-TPA | Joann M. Dahl | 13 | 11/27/19 | N / A | N / A |
| 19-11185-TPA | Matthew J. Kaschak and Andrea P. Kaschak | 13 | 11/27/19 | N / A | N / A |
| 19-11197-TPA | Alir Carter | 13 | 12/03/19 | N / A | N / A |
| 19-11233-TPA | Theresa A. Farrell | 13 | 12/15/19 | N / A | N / A |
| 19-20341-CMB | Bortolo DalDosso and Sandra L. DalDosso | 13 | 01/28/19 | N / A | N / A |
| 19-20915-GLT | Carol A. Ashbaugh | 13 | 03/08/19 | N / A | N / A |
| 19-22871-GLT | Mary E. Aitken | 13 | 07/19/19 | N / A | N / A |
| 19-23306-CMB | Michelle Bruno | 13 | 08/21/19 | N / A | N / A |

| Case | Name | Chapter | Date Filed | | |
|---|---|---|---|---|---|
| 19-23946-CMB | Jakub R. Fitzroy | 13 | 10/08/19 | N / A | N / A |
| 19-23961-GLT | Raymond J. Ausman, Sr. | 13 | 10/09/19 | N / A | N / A |
| 19-23964-CMB | Duane M. Davis | 13 | 10/09/19 | N / A | N / A |
| 19-24281-GLT | James B. Fox | 13 | 10/31/19 | N / A | N / A |
| 19-24929-GLT | Robert L. Johnson, III and Regina W. Johnson | 13 | 12/31/19 | N / A | N / A |
| 20-10079-TPA | Richard A. Gibbons and Janet S. Gibbons | 13 | 01/31/20 | N / A | N / A |
| 20-10080-TPA | Richard E. Lawrence, Jr. | 13 | 01/31/20 | N / A | N / A |
| 20-10225-TPA | Traci J. Lasher | 13 | 03/16/20 | N / A | N / A |
| 20-10380-TPA | John F. Carr and Fern M. Carr | 13 | 05/28/20 | N / A | N / A |
| 20-10589-TPA | William K. Baker and Julia L. Baker | 13 | 09/02/20 | N / A | N / A |
| 20-10623-TPA | Patricia J. Cochran | 13 | 09/17/20 | N / A | N / A |
| 20-10651-TPA | Charles D. Lloyd, Sr. and Ruth A. Lloyd | 13 | 09/24/20 | N / A | N / A |
| 20-10667-TPA | Daniel M. Hause and Deborah A. Hause | 13 | 09/30/20 | N / A | N / A |

| Case | Debtor | Chapter | Filed | | |
|---|---|---|---|---|---|
| 20-10703-TPA | Sylvia L. Keener | 13 | 10/16/20 | N / A | N / A |
| 20-10709-TPA | Robert J. Bender | 13 | 10/20/20 | N / A | N / A |
| 20-10735-TPA | Roland L. Group and Regina L Group | 13 | 10/29/20 | N / A | N / A |
| 20-10790-TPA | Aaron C. Brown | 13 | 12/04/20 | N / A | N / A |
| 20-10816-TPA | John R. Courtney, Jr. and Ann M. Courtney | 13 | 12/21/20 | N / A | N / A |
| 20-20176-GLT | Pamela Young-Gobble | 13 | 01/16/20 | N / A | N / A |
| 20-20857-GLT | Daniel L Durso, Sr. and Susan J. Durso | 13 | 03/06/20 | N / A | N / A |
| 20-21989-CMB | William J. Colbert | 13 | 06/30/20 | N / A | N / A |
| 20-22816-GLT | Timothy J. Chiaverini and Jessica M. Chiaverini | 13 | 09/30/20 | N / A | N / A |
| 20-22903-CMB | Ashlee L. Anthony | 13 | 10/12/20 | N / A | N / A |
| 20-23236-GLT | Pamela J. Hall | 13 | 11/17/20 | N / A | N / A |
| 20-23430-GLT | Cristen Bannon | 13 | 12/11/20 | N / A | N / A |
| 21-10531-TPA | Gregg J. Hamilla and | 13 | 09/24/21 | N / A | N / A |

| | Shyrlie J. Hamilla | | | | |
|---|---|---|---|---|---|
| 21-10533-TPA | James E. Johnston and Sarah C. Johnston | 13 | 09/24/21 | N / A | N / A |
| 21-20704-GLT | David W. Jones and Staci A. Jones | 13 | 03/26/21 | N / A | N / A |
| 21-21257-CMB | William C. Haney, Jr. and Judith A. Haney | 13 | 05/24/21 | N / A | N / A |
| 21-21368-JAD | Jason W. Erickson | 13 | 06/09/21 | N / A | N / A |
| 21-21900-CMB | Patricia J. Cook | 13 | 08/27/21 | N / A | N / A |
| 21-22441-GLT | Dennis M. Aquilino and Nancy L. Aquilino | 13 | 11/11/21 | N / A | N / A |