# EXHIBIT B

| | | | | | |
|---|---|---|---|---|---|
| 16-23623-TPA | Jessica Peluso | 13 | 09/28/16 | N / A | N / A |
| 16-24487-CMB | Jack E. Waggoner and Misty J. Waggoner | 13 | 12/02/16 | N / A | N / A |
| 16-24625-GLT | Laureen A. Santoro | 13 | 12/14/16 | N / A | N / A |
| 17-10062-TPA | Joseph M. Pruchniewski and JenniferPruchniewski | 13 | 01/26/17 | N / A | N / A |
| 17-10077-TPA | James A. Ruvolo and Trudy Ruvolo | 13 | 01/30/17 | N / A | N / A |
| 17-10145-TPA | Justin C. Patterson and Lawrence J. Zock, Jr. | 13 | 02/14/17 | N / A | N / A |
| 17-10346-TPA | Kenny E. Morrow and Tammy L. Morrow | 13 | 04/05/17 | N / A | N / A |
| 17-10362-TPA | Judy D. Stanley | 13 | 04/10/17 | N / A | N / A |
| 17-10477-TPA | Terry D. Wenner and Janice C. Wenner | 13 | 05/08/17 | N / A | N / A |
| 17-10588-TPA | Bret A. Weaver | 13 | 06/05/17 | N / A | N / A |
| 17-10820-TPA | Ralph L. McKinney, Jr. | 13 | 08/08/17 | N / A | N / A |

| | and Erin A. McKinney | | | | |
|---|---|---|---|---|---|
| 17-10956-TPA | William J. Venesky | 13 | 09/12/17 | N / A | N / A |
| 17-10957-TPA | Karen J. McNatt | 13 | 09/12/17 | N / A | N / A |
| 17-11072-TPA | Gary L. Williamson and Pamela J. Williamson | 13 | 10/10/17 | N / A | N / A |
| 17-11138-TPA | Adam C. McDivitt | 13 | 10/26/17 | N / A | N / A |
| 17-11139-TPA | Nicole R. Wilson | 13 | 10/26/17 | N / A | N / A |
| 17-11252-TPA | Rowena V. Wagner | 13 | 11/28/17 | N / A | N / A |
| 17-11354-TPA | Justin M. Ross | 13 | 12/27/17 | N / A | N / A |
| 17-20116-CMB | Hilary W. Taylor | 13 | 01/12/17 | N / A | N / A |
| 17-21245-TPA | Kenneth L. Moore | 13 | 03/30/17 | N / A | N / A |
| 17-21266-JAD | Maria G. Ranallo | 13 | 03/31/17 | N / A | N / A |
| 17-21476-CMB | Michele L. Melinchak | 13 | 04/11/17 | N / A | N / A |
| 17-21727-JAD | Linnea A. Sherman | 13 | 04/26/17 | N / A | N / A |
| 17-22599-CMB | Diane M. Rusch | 13 | 06/26/17 | N / A | N / A |
| 17-22890-CMB | Jason A. Zimmerman | 13 | 07/17/17 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 17-22924-GLT | Krista L. Rapp | 13 | 07/19/17 | N / A | N / A |
| 17-22929-GLT | Nicole R. Tomasic | 13 | 07/19/17 | N / A | N / A |
| 17-24096-GLT | Teresa R. Teets | 13 | 10/12/17 | N / A | N / A |
| 17-24197-JAD | Dariyn J. Peluso | 13 | 10/20/17 | N / A | N / A |
| 17-24251-GLT | Vera B. McManis | 13 | 10/25/17 | N / A | N / A |
| 17-24285-GLT | William J. Veverka | 13 | 10/27/17 | N / A | N / A |
| 17-24341-GLT | Derrick A. Parady | 13 | 10/31/17 | N / A | N / A |
| 17-24644-CMB | Michael F. McNamara | 13 | 11/17/17 | N / A | N / A |
| 17-24762-GLT | Michael L. Silva and Diane C. Silva | 13 | 11/28/17 | N / A | N / A |
| 17-24837-GLT | Eric H. Rogalsky and Judith A. Rogalsky | 13 | 11/30/17 | N / A | N / A |
| 17-25128-CMB | Thien T. Truong | 13 | 12/28/17 | N / A | N / A |
| 17-70663-JAD | Thomas J. Wagner and Jamie S. Wagner | 13 | 09/08/17 | N / A | N / A |
| 18-10034-TPA | Sarah L. Smith | 13 | 01/16/18 | N / A | N / A |
| 18-10410-TPA | Phillip A. Wahler and | 13 | 04/30/18 | N / A | N / A |

| | Denise A. Wahler | | | | |
|---|---|---|---|---|---|
| 18-10899-TPA | Larry P. Newberry and Cathleen A. Newberry | 13 | 09/04/18 | N / A | N / A |
| 18-10931-TPA | Gregory S. Mayle | 13 | 09/13/18 | N / A | N / A |
| 18-11127-TPA | Allen A. Oswalt and Nicole L. Oswalt | 13 | 10/31/18 | N / A | N / A |
| 18-11201-TPA | Robert M. Mruzik | 13 | 11/20/18 | N / A | N / A |
| 18-11323-TPA | Katie L. Spencer | 13 | 12/31/18 | N / A | N / A |
| 18-20379-GLT | Larry E. Musgrove | 13 | 02/01/18 | N / A | N / A |
| 18-20444-CMB | Paul L. Shannon | 13 | 02/05/18 | N / A | N / A |
| 18-20517-CMB | Leslie E. Pfau | 13 | 02/13/18 | N / A | N / A |
| 18-20754-CMB | Jonathan A. Tompos and Michelle L. Tompos | 13 | 02/28/18 | N / A | N / A |
| 18-21151-GLT | Gerald F Schoone and Rebecca C. Schoone | 13 | 03/27/18 | N / A | N / A |
| 18-21588-GLT | Neil A. Yetsko and Briann L. Yetsko | 13 | 04/23/18 | N / A | N / A |
| 18-21717-JAD | Shawn C. Morris and | 13 | 04/30/18 | N / A | N / A |

| | Erin A. Morris | | | | |
|---|---|---|---|---|---|
| 18-22330-CMB | Charlese McKinney | 13 | 06/08/18 | N / A | N / A |
| 18-22503-CMB | Jason G. Zeiler and Allison M. Zeiler | 13 | 06/21/18 | N / A | N / A |
| 18-22921-JAD | Matthew Schwindling | 13 | 07/24/18 | N / A | N / A |
| 18-24230-CMB | Michael H. Neilson and Alice L. Neilson | 13 | 10/31/18 | N / A | N / A |
| 19-10011-TPA | Catherine E. Walsh | 13 | 01/08/19 | N / A | N / A |
| 19-10034-TPA | Bernard Ralph Wagner | 12 | 01/16/19 | N / A | N / A |
| 19-10392-TPA | Leslie D. Owens | 13 | 04/19/19 | N / A | N / A |
| 19-10561-TPA | Scot M. Walkowski | 13 | 05/31/19 | N / A | N / A |
| 19-10745-TPA | Kathy A. McVeagh | 13 | 07/23/19 | N / A | N / A |
| 19-10777-TPA | William A. Trotter | 13 | 07/31/19 | N / A | N / A |
| 19-10960-TPA | Walter T. Ridgeway and Cheryl L. Ridgeway | 13 | 09/25/19 | N / A | N / A |
| 19-10968-TPA | Daniel D. Strong | 13 | 09/26/19 | N / A | N / A |
| 19-11181-TPA | Katie E. Perry | 13 | 11/27/19 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 19-11183-TPA | Harold E. Schnabel | 13 | 11/27/19 | N / A | N / A |
| 19-11212-TPA | Bernadette A. Myers | 13 | 12/06/19 | N / A | N / A |
| 19-21296-JAD | Nakita N. Tyrrell | 13 | 03/29/19 | N / A | N / A |
| 19-21298-JAD | Haze L. Spehar | 13 | 03/29/19 | N / A | N / A |
| 19-21762-CMB | Kelly Lee Presutti | 13 | 04/30/19 | N / A | N / A |
| 19-22162-GLT | Mark K Pry | 13 | 05/30/19 | N / A | N / A |
| 19-22173-GLT | Deborah L. Murray | 13 | 05/30/19 | N / A | N / A |
| 19-23462-GLT | William D. Smith and Christina M. Smith | 13 | 08/30/19 | N / A | N / A |
| 19-23806-CMB | Robert A. Mariacher and Elyse M. Mariacher | 13 | 09/30/19 | N / A | N / A |
| 19-24220-CMB | Scott A. Treadwell | 13 | 10/30/19 | N / A | N / A |
| 19-24709-CMB | Melanie J. Starkey | 13 | 12/05/19 | N / A | N / A |
| 19-70252-JAD | William E. Weaver, Jr. and Debra L. Weaver | 13 | 04/26/19 | N / A | N / A |
| 20-10035-TPA | Keith G. McIntyre | 13 | 01/17/20 | N / A | N / A |
| 20-10139-TPA | Brian Nowakowski | 13 | 02/21/20 | N / A | N / A |

| | and Lynelle R. Nowakowski | | | | |
|---|---|---|---|---|---|
| 20-10182-TPA | Clara M. Reagle | 13 | 03/04/20 | N / A | N / A |
| 20-10319-TPA | William R. Nock | 13 | 04/30/20 | N / A | N / A |
| 20-10392-TPA | James P. Sweeney | 13 | 05/29/20 | N / A | N / A |
| 20-10455-TPA | Holly A. Sawatsky | 13 | 06/30/20 | N / A | N / A |
| 20-10502-TPA | Derek D. Stangle | 13 | 07/24/20 | N / A | N / A |
| 20-10518-TPA | Robert E. Sweeney, Jr. | 13 | 07/31/20 | N / A | N / A |
| 20-10529-TPA | Jerry E. Vincent and Brenda L. Vincent | 13 | 08/07/20 | N / A | N / A |
| 20-10550-TPA | Jeremy J. Strick and Rita J. Strick | 13 | 08/19/20 | N / A | N / A |
| 20-10577-TPA | Barbara S. Skonieczka | 13 | 08/28/20 | N / A | N / A |
| 20-10619-TPA | Andrea L. Smelko | 13 | 09/16/20 | N / A | N / A |
| 20-10739-TPA | Cecil L. Snyder, Jr. | 13 | 11/03/20 | N / A | N / A |
| 20-10829-TPA | Jeridiah W. Neal | 13 | 12/30/20 | N / A | N / A |
| 20-22285-CMB | Edward P. Shields and Nichole L. Shields | 13 | 07/31/20 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 20-22516-JAD | Bryan L. Mignogna | 13 | 08/28/20 | N / A | N / A |
| 21-10042-TPA | Joseph M. Sank | 13 | 01/28/21 | N / A | N / A |
| 21-10046-TPA | Colleen K. Sallade | 13 | 01/28/21 | N / A | N / A |
| 21-10238-TPA | Amanda Subasic | 13 | 04/30/21 | N / A | N / A |
| 21-10407-TPA | Donald R. Snyder, Jr. and Nancy R. Snyder | 13 | 07/22/21 | N / A | N / A |
| 21-10696-TPA | Lester A. Villella | 13 | 12/29/21 | N / A | N / A |
| 21-20153-GLT | Francis H. Vanderloos and Annette L.Vanderloos | 13 | 01/26/21 | N / A | N / A |
| 21-20915-GLT | Brandon R. Nobile | 13 | 04/16/21 | N / A | N / A |
| 21-21161-GLT | Camille F. Sholock | 13 | 05/10/21 | N / A | N / A |
| 21-21320-TPA | Charles D. Simpson, Jr | 13 | 06/03/21 | N / A | N / A |
| 21-21510-CMB | David C. Tressler and Karan L. Tressler | 13 | 06/30/21 | N / A | N / A |
| 21-21520-CMB | Jenny L. Newingham | 13 | 06/30/21 | N / A | N / A |
| 21-21930-CMB | Jill C. Woods | 13 | 08/31/21 | N / A | N / A |
| 21-22397-GLT | Gretchen Sobotka | 13 | 11/04/21 | N / A | N / A |

| | | | | | |
|---|---|---|---|---|---|
| 21-22708-GLT | Patricia V. Vogt | 13 | 12/27/21 | N / A | N / A |
| 22-20265-CMB | Theresia I. Moore | 13 | 02/15/22 | N / A | N / A |
| 22-20442-CMB | Richard J. Mottura | 13 | 03/11/22 | N / A | N / A |
| 22-20767-JAD | Mark D. Maldonado | 13 | 04/25/22 | N / A | N / A |